HENNING LUNDSTEDT and OLGA JOHANNA LUNDSTEDT, Respondents, v. FRITZ

BRIEGER and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.